UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JOSE GUTIERREZ-ORTIZ,

    Defendant.

---

ORDER

14 Cr. 671 (JPO)

    IT IS HEREBY ORDERED that the Pretrial Services Office of the Southern District of New York is directed to return to the defendant, JOSE GUTIERREZ-ORTIZ, or to his counsel, Amy Lester of Petrillo Klein & Boxer LLP, the defendant's passport, which was issued by the Dominican Republic.

Dated: New York, New York
      January 6, 2020

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge